Matthew W. Wright (014104)
Dominic L. Verstegen (022308)
**HOLM WRIGHT HYDE & HAYS PLC**
10429 S. 51st Street, Suite 285
Phoenix, AZ 85044
(480) 961-0040
mwright@holmwright.com
dverstegen@holmwright.com
Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Pauline Lopez, a married woman filing individually,<br><br>    Plaintiff,<br><br>vs.<br><br>Higley Unified School District No. 60, a public school district in Maricopa County, Arizona,<br><br>    Defendants. | Case No.  CV10-1769-PHX-JAT<br><br>**NOTICE OF SETTLEMENT**<br><br>(Assigned to the Honorable Judge James A. Teilborg) |

Defendant Higley Unified School District No. 60 hereby gives notice that the parties have reached a settlement in this matter.  The parties will execute a stipulation to dismiss with prejudice and submit it to the Court with a proposed order.

DATED this  13th  day of January, 2011.

HOLM WRIGHT HYDE & HAYS PLC


By /s/ Dominic L. Verstegen
    Matthew W. Wright
    Dominic L. Verstegen
    10429 S. 51st Street, Suite 285
    Phoenix, Arizona 85044
    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 13, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

   /s/ Amy M. Bender

COPY of the foregoing mailed this
 13th  day of January, 2011, to:

Honorable James A. Teilborg
United States District Court
Sandra Day O'Connor U.S. Courthouse, Suite 523
401 West Washington Street, SPC 51
Phoenix, AZ 85003-2154

  /s/ Amy M. Bender
6927-0916