# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Pauline Lopez, | ) | CV 10-1769-PHX-JAT |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER** |
| Higley Unified School District No. 60, | ) | |
| Defendant(s). | ) | |

The Court having received notice that this case has settled (Doc. 16),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on February 18, 2011, with prejudice, and shall enter judgment accordingly, unless prior thereto a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all pending motions and stipulations are **DENIED**, as moot, without prejudice. All pending deadlines are vacated.

**IT IS FURTHER ORDERED** that any scheduled hearings and/or the trial date are **VACATED**.

DATED this 18th day of January, 2011.

/s/ James A. Teilborg
James A. Teilborg
United States District Judge